**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Bruce Clayton SIMS,
Defendant/Appellant.**

**No. 60332.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 14, 1992.

Joseph Howlett, Shaw, Howlett & Knappenberger, Clayton, for defendant, appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Atty. Gen. Office, Jefferson City, for plaintiff, respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of sexual abuse in the first degree, in violation of § 566.100 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).